UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| TERENCE O. RUFFIN, ) | Case No. EDCV 14-1497-JAK(AJW) |
| Petitioner, ) | |
| v. ) | JUDGMENT |
| RIVERSIDE POLICE DEPARTMENT, ) | |
| Respondent. ) | |

It is hereby adjudged that this action is **dismissed without prejudice.**

Date: October 3, 2014

_____
John A. Kronstadt
United States District Judge